# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.  CR 08-1106 GHK                                         Date  August 10, 2009

**Presiding: The Honorable**   **GEORGE H. KING, UNITED STATES DISTRICT JUDGE**

| Beatrice Herrera | Mary Riordan Rickey | N/A | Angela Davis |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

================================================================================

| DEFENDANT(S) | COUNSEL FOR DEFENDANT(S) |
|---|---|
| ESTELLA RUIZ | MATTHEW LOMBARD |
| ✘ Present ___ Cust ✘ Bond | ✘ Present ___ Appointed ✘ Retained |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT**

___ Imprisonment for _____ on Count of the   Indictment/Information.

✘ *One (1) year Probation* on Count 2 of the Indictment, under the usual   terms & conditions (see back of Judgment   Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.
___ The deft shall   serve a term of *months* in   Home Detention, with electronic monitoring to begin 7/1/07.
✘ Pay a total fine   of **$3,600** which shall bear   interest as provided by law.
___ Make a total   restitution of $ _____ to the victim in the confidential PSI report.
✘ The defendant shall pay the special assessment and fine in accordance with Judgment/Commitment.
___ Refrain from the unlawful use of a controlled substance and submit to drug testing.
___ The defendant shall comply with the Rules and Regulations of the United States, and if deported not reenter the U. S. illegally.
✘ Other conditions:   defendant shall truthfully and timely file taxes..

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
✘ Pay the   United States a total of **$25,**   special assessment, which is due immediately.
✘ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
✘ Defendant WAIVES her right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.
✘ Bond order exonerated   ___ upon surrender   ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U. S. Marshal
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release  # _____
___ Present bond to continue as bond on appeal.     ___ Appeal bond set at   $ _____
___ Filed and distributed judgment. Issd JS-3. ENTERED.
**Other** _____

                                                                                              25

                                          Initials of Deputy Clerk          Bea